IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00860-PAB

JANE M. REISS,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,
d/b/a CIGNA Group Insurance, and
LOCKHEED MARTIN CORPORATION,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, who has entered an appearance as counsel for defendants in this matter. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED May 13, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge