IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00860-MSK-CBS

JANE M. REISS,

   Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, d/b/a CIGNA Group Insurance; and
LOCKHEED MARTIN CORPORATION,

   Defendants.

---

## ORDER OF RECUSAL

---

**THIS MATTER** arises *sua sponte*.  The undersigned is a beneficiary of a trust whose

assets include shares in one of the parties.  Accordingly, the undersigned has a financial interest

in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED

STATES JUDGES require her recusal in this matter

   Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter.

The Clerk shall randomly reassign this case to another judge of this Court.

   DATED this 18th day of May, 2010.

         **BY THE COURT:**

         *Marcia S. Krieger*
         _____

         Marcia S. Krieger
         United States District Judge